Motion Prepared and Submitted by the following **UNREPRESENTED DEBTOR:**

Name:    Ian Shane Fisher and Heather Fisher

Address:    176 West 950 North #33-1

Blanding, UT 84511

Phone No.:    435-459-0763

```
FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 APR 15  PM 12: 46

DISTRICT OF UTAH
MAIL
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

In re:

Ian Shane Fisher and Heather Fisher ,

Debtor(s).

Bankruptcy Number 10-21871

Chapter 7

**MOTION TO** VACATE ORDER OF DISMISSAL

The Debtor(s) hereby move(s) the Court for an Order to Vacate the Court's Order of Dismiss for the following reasons:

1. Debtors mistakenly paid their filing fee installment which was due on April 5, 2010 in the amount of $50.00 instead of the $100.00 which was due.

2. Debtors' failure to pay the additional $50.00 on April 5, 2010 was not intentional and was an oversight on the part of the Debtors.

3. Debtors hereby state that their correct phone number is 435-459-0763. Debtors have paid all their filing fees as required by the Court to date and respectfully request to the Court to Vacate the Order of Dismissal.

Dated this 12th day of April, 20 10.

_____    Heather Fisher
Unrepresented Debtor