Notice of Hearing Prepared and Submitted by the following **UNREPRESENTED DEBTOR**:

Name: Ian Shane Fisher and Heather Fisher

Address: 176 West 950 North #33-1

Blanding, UT 84511

Phone No.: 435-459-0763

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 APR 15  PM 12: 46

DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | |
| IAN SHANE FISHER AND HEATHER FISHER, | Bankruptcy Number 10-21871 |
| Debtor(s). | Chapter 7 |

## NOTICE OF HEARING

Notice is hereby given that Debtor'(s) attached Motion shall be heard on May 19th, 2010 at 10:30am before the Honorable Judge Mosier at 360 South Main Street, Salt Lake City, UT 84101.

Dated this 12th day of April, 2010.

_____  Heather Fisher
Unrepresented Debtor

Certificate of Service:

I certify that on April 12th, 2010, I mailed a copy of the foregoing Motion and Notice of Hearing to the following parties:

All parties on the attached mailing matrix.

Kenneth A. Ruston

P.O. Box 212

Lehi, UT 84043

Trustee

Ken Garff Bldg.

405 South Main Street, Suite 300

Salt Lake City, UT 84111

United States Trustee

_____ Heather Fisher
Unrepresented Debtor