**The below described is SIGNED.**

**Dated: May 21, 2010**



**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 10-21871 |
|---|---|
| Ian Shane Fisher and Heather Fisher, | Chapter 7 |
| Debtors. | Judge R. Kimball Mosier |

### ORDER VACATING ORDER OF DISMISSAL

This matter came before the Court on the 19th day of May, 2010 on the Debtors' motion to reopen case.

Having considering the argument of the Debtors and for other good cause, it is hereby

ORDERED, that the Order dismissing this case entered on April 6, 2010 is vacated.

----------------------------------------END OF DOCUMENT-------------------------------------------

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **Order Vacating Order of Dismissal** will be effected through the Bankruptcy Noticing Center to the following parties.

Ian Shane Fisher
Heather Fisher
176 West 950 North, #33-1
Blanding, UT 84511

Kenneth A. Rushton
P.O. Box 212
Lehi, UT 84043

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111